# UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| **TINA HUDSON,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| **v.** | ) **Case No. CIV-26-644-G** |
| | ) |
| **UNITED STATES POSTAL** | ) |
| **SERVICE et al.,** | ) |
| | ) |
| **Defendants.** | ) |

## <u>ORDER</u>

This matter is before the Court for review of the Report and Recommendation issued by Magistrate Judge Chris M. Stephens on March 31, 2026 (Doc. No. 5). Judge Stephens recommended that Plaintiff Tina Hudson's Application for Leave to Proceed *In Forma Pauperis* (Doc. No. 2) be denied based upon Plaintiff's ability to pay the required filing fee.

Plaintiff timely filed an Objection (Doc. No. 6). Pursuant to controlling authority, the Court reviews de novo the portions of the Report and Recommendation to which specific objections have been made. *See United States v. 2121 E. 30th St.*, 73 F.3d 1057, 1059-60 (10th Cir. 1996); 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b)(3).

Plaintiff's Objection asserts that, based on corrected financial information, she cannot afford the filing fee because her monthly surplus income is significantly lower than the amount calculated and relied upon in the Report. Plaintiff represents that her gross and net income were incorrectly entered and that several monthly expenses were mistakenly omitted from the Application. *See* Pl.'s Obj. at 1-2. Specifically, Plaintiff reports that her

bi-weekly gross pay is $1038.42, her bi-weekly net pay is $771.50, and that she incurs additional monthly expenses of $400.00 for groceries, $100.00 for household supplies, and $50.00 for pet care. *See id.* Plaintiff contends that she is unable to pay the $405.00 filing fee because her monthly surplus totals $307.58, rather than $1400.00. *See id.* at 2-3.

Based upon Plaintiff's submissions, the Court concludes that Plaintiff's monthly income exceeds her expenses and that she is not entitled to proceed *in forma pauperis*. *See* 28 U.S.C. § 1915; *Dungan v. Dep't of Veterans Affs.*, No. CIV-18-1038-R, 2019 WL 943416, at *1 (W.D. Okla. Feb. 26, 2019).

CONCLUSION

The Court ADOPTS the Report and Recommendation (Doc. No. 5) and DENIES Plaintiff's Application for Leave to Proceed *In Forma Pauperis* (Doc. No. 2).

In light of the facts set forth under oath in the Application and the additional information provided in Plaintiff's Objection, however, the Court will allow Plaintiff to pay the filing fee in monthly installments. *See, e.g., Dungan*, 2019 WL 943416, at *1. Plaintiff shall submit an initial payment of $55.00 toward the filing fee to the Clerk of Court within twenty-one (21) days of the date of this Order. Plaintiff shall thereafter submit $50.00 by the first of each following month until the entire fee has been paid. Failure to pay the filing fee as specified may result in the dismissal of this action without prejudice.

IT IS SO ORDERED this 30th day of April, 2026.

CHARLES B. GOODWIN
United States District Judge

2